1
2
3
4
5
6
7
8
9
10

FILED
CLERK, U.S. DISTRICT COURT

JUL 3 0 2009

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11  JOSEPH BENTLEY,                    )  Case No. CV 06-3834 JFW(JC)
                                       )
12              Petitioner,            )  (PROPOSED)
                                       )
13          v.                         )  ORDER ADOPTING FINDINGS,
                                       )  CONCLUSIONS, AND
14  FRANCISCO JACQUEZ,                 )  RECOMMENDATIONS OF
                                       )  UNITED STATES MAGISTRATE
15              Respondent.            )  JUDGE
                                       )
16  _____)

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

18  Habeas Corpus by a Person in State Custody (the "Petition"), all of the records

19  herein, and the attached Report and Recommendation of United States Magistrate

20  Judge.  The Court approves and adopts the United States Magistrate Judge's

21  Report and Recommendation.

22          IT IS ORDERED that Judgment be entered denying the Petition and

23  dismissing this action with prejudice.

24  ///

25  ///

26  ///

27  ///

28  ///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2  United States Magistrate Judge's Report and Recommendation, and the Judgment
3  herein on petitioner and on counsel for respondent.
4    LET JUDGMENT BE ENTERED ACCORDINGLY.

6  DATED:  7/30/09

8  _____
9  HONORABLE JOHN F. WALTER
   UNITED STATES DISTRICT JUDGE

2