UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BENTLEY,<br><br>           Petitioner,<br><br>      v.<br><br>FRANCISCO JACQUEZ,<br><br>           Respondent. | Case No. CV 06-3834 JFW(JC)<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: 7/30/09

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE